UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF INDIANA

INDIANAPOLIS DIVISION

| | |
|---|---|
| KRISTEN ERWIN,<br><br>     Plaintiff,<br><br> v.<br><br>EXPRESS STORES, INC.,<br>VICTORIA SECRET STORES, LLC,<br>COMENITY BANK, Corp..<br><br>     Defendant. | ) CASE NO. 1:16-cv-1928_____<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF REMOVAL**

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. § 1446(a), Defendant

COMENITY BANK, erroneously sued as "COMENITY BANK CORP." ("Comenity") hereby

removes to this Court the civil action described below, as it involves a federal question.

**BACKGROUND**

1. On June 20, 2016, Plaintiff KRISTEN ERWIN ("Plaintiff") filed a civil action

in the County of Hamilton, State of Indiana, entitled *Erwin v. Express Stores, Inc., Victoria's

Secret Stores, LLC, and Comenity Bank, Corp*., Case No. 29D01-1606-PL-005009.  A true and

correct copy of Plaintiff's Complaint and summons is attached hereto as Exhibit A.

2. Plaintiff's Complaint was sent to Comenity via certified mail.  Comenity

received the Complaint and Summons on June 27, 2016.

3. The Notice of Removal is timely filed under 28 U.S.C. § 1446(b) because

Comenity was served with the Complaint on June 27, 2016, and is filing this Notice of

Removal on July 20, 2016, within thirty (30) days of service.

{00051747;1}

## CONSENT OF OTHER DEFENDANTS

4.      Comenity has notified co-defendants Victoria's Secret Stores, LLC and Express Stores, Inc., and have obtained their consent to removal.

## FEDERAL-QUESTION JURISDICTION

5.      This action may be removed pursuant to 28 U.S.C. § 1441(b) if it is one "of which the district courts have original jurisdiction."

6.      This action involves a federal question in that it arises under the Telephone Consumer Protection Act (47 U.S.C. § 227 et seq.).  It is therefore an action of which this Court has original jurisdiction under 28 U.S.C. § 1331, and may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. § 1441(a).   This Court also has supplemental jurisdiction over Plaintiff's state claims pursuant to 28 U.S.C. § 1367.

7.      Venue is proper in this district under 28 U.S.C. §1441(a) because this district and division embrace the place where the removed action has been pending.

## JURY TRIAL DEMAND

**8.**      Plaintiff's Complaint includes a demand for a jury trial.

## CONCLUSION

9.      Because this Court may exercise original jurisdiction over this action pursuant to 28 U.S.C. § 1331 (federal question), 28 U.S.C. § 1367(a) (supplemental, removal is proper pursuant to 28 U.S.C. § 1441(a).

10.      Defendant will promptly file a copy of this Notice of Removal with the clerk of the State Court where the action has been pending.


DATED:  July 20, 2016                    KIGHTLINGER & GRAY, LLP

                              By:      /s/ *Peter A. Velde*
                                     Peter A. Velde
                                     Attorney for Defendant,
                                     COMENITY BANK, erroneously sued
                                     and served as COMENITY BANK,
                                     Corp.


{00051747;1}

**2**

KIGHTLINGER & GRAY, LLP
One Indiana Square, Suite 300
211 N. Pennsylvania St.
Indianapolis, IN 46204
(317) 638-4521
pvelde@k-glaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing was filed

electronically with the Clerk of the Court to be served via operation of the Court's electronic

filing system and via U.S. Mail, first class, postage prepaid, on this 20th day of July 2016, to

the following:

| | |
|---|---|
| Syed Ali Saeed<br>Saeed and Little, LLP<br>1433 North Meridian Street,<br>Suite 202<br>Indianapolis, IN 46202<br>Phone: 317.721.9214<br>E-mail: info@sllawfirm.com | **VIA MAIL AND ECF** |
| Victoria's Secret Stores, LLC<br>CT Corporation System<br>Address:<br>150 West Market Street,<br>Indianapolis, IN, 46204, USA | **VIA MAIL** |
| Express Stores, Inc.<br>C T Corporation System<br>Address: 36 S. Pennsylvania Street,<br>Suite 700, Indianapolis, IN, 46204,<br>USA | **VIA MAIL** |

/s/  *Peter A. Velde*

**NOTICE OF REMOVAL**