UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF INDIANA

INDIANAPOLIS DIVISION

| | |
|---|---|
| KRISTEN ERWIN,<br><br>        Plaintiff,<br><br>   v.<br><br>EXPRESS STORES, INC.,<br>VICTORIA SECRET STORES, LLC,<br>COMENITY BANK, Corp.<br><br>        Defendant. | CASE NO. 1:16-cv-1928-JMS-DML |

## NOTICE OF SETTLEMENT

**TO THE COURT, PARTIES AND THEIR ATTORNEYS:**

    **PLEASE TAKE NOTICE** that the parties have agreed to settle the above-entitled matter in its entirety. The parties anticipate that they will complete the settlement and file a stipulation of dismissal with prejudice as to Plaintiffs within 45 days from the date of this Notice.

///

///

///

{Erwin - Ntc of Settlement;1}

In light of the settlement, the Parties respectfully request that the Court vacate all pending dates in this case.

Dated:  March 6, 2017

s/ David J. Kaminski
David J. Kaminski (CA SBN 128509)
**CARLSON & MESSER LLP**
5959 W. Century Blvd., Suite 1214
Los Angeles, CA  90045
Tel:  310-242-2200
Fax:  310-242-2222
kaminskid@cmtlaw.com
Attorneys for Defendant,
*COMENITY BANK, erroneously sued and served as COMENITY BANK, CORP.*

Dated:  March 6, 2017

s/ Syed Ali Saeed
Syed Ali Saeed (IN SBN 28759-49
SAEED & LITTLE LLP
1433 N. Meridian Street
Indianapolis, IN 46202
Tel;  317-721-9214
Fax;  888 422-3151
ali@sllawfirm.com
Attorneys for Plaintiff,
*KRISTIN ERWIN*

## CERTIFICATE OF SERVICE

I hereby certify that on this **6th** day of **March 2017**, a true and accurate copy of the foregoing **NOTICE OF SETTLEMENT** was served via the U.S. District Court ECF system on the following e-mail(s):

ali@sllawfirm.com
jeff@sllawfirm.com
nlevi@k-glaw.com
pvelde@k-glaw.com

    s/ David J. Kaminski
    David J. Kaminski