# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| KRISTEN ERWIN<br><br>　　　　　Plaintiff,<br><br>v.<br><br>COMENITY BANK, CORP.<br><br>　　　　　Defendant. | **CAUSE NO: 1:16-CV-01928-JMS-DML**<br><br>**JURY TRIAL DEMANDED** |

## UNOPPOSED MOTION TO DISMISS WITH PREJUDICE

Comes now the Plaintiff, with the undersigned counsel and requests this court to grant this Motion to Dismiss the Proceeding with Prejudice against the Defendant Comenity Bank, Corp. Plaintiff states the following in support thereof:

1) Parties have entered into an Agreement in settlement of the claims.

2) Defendant is not opposed to the relief sought in this Motion to Dismiss With Prejudice.

3) Plaintiff is requesting a dismissal with Prejudice.

Wherefore, Plaintiff requests this court to grant this Motion to Dismiss with Prejudice and all other relief and proper.

　　　　　　　　　　　　　　　　　　　　　　/s/Syed Ali Saeed
　　　　　　　　　　　　　　　　　　　　　　Syed Ali Saeed (#28759-49)

## CERTIFICATE OF SERVICE

I, Syed Ali Saeed, certify that on the 1st day of May, 2017, I served this document via the Court's electronic filing system to defendant at:

David J. Kaminski
Carlson & Messer, LLP
5959 W. Century Blvd., Suite 1214
Los Angeles, CA 90045
Ph: (310) 242-2200
Fax: (310) 242-2222
Email: Kaminkid@cmtlaw.com

/s/Syed Ali Saeed
Syed Ali Saeed
Saeed & Little, LLP
1433 N. Meridian St.  Ste 202
Indianapolis, IN 46202
Ph#: (317) 614-5741
Fax#: (888) 422-3151
Email: ali@sllawfirm.com