UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KRISTEN ERWIN<br><br>        Plaintiff,<br><br>v.<br><br>COMENITY BANK, CORP.<br><br>        Defendant. | CAUSE NO: **1:16-CV-01928-JMS-DML**<br><br>**JURY TRIAL DEMANDED** |

## ORDER TO DISMISS WITH PREJUDICE

Plaintiff, Kristen Erwin, by counsel, having submitted the Motion to Dismiss the Proceeding with Prejudice against the Defendant Comenity Bank, Corp., and this Court having reviewed the same in the premises, hereby GRANTS said motion.

Date: 5/2/2017

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

Saeed & Little, LLP
1433 N. Meridian St., Suite 202
Indianapolis, IN 46202
ali@sllawfirm.com

David J. Kaminski
Carlson & Messer, LLP
5959 W. Century Blvd., Suite 1214
Los Angeles, CA 90045
Ph: (310) 242-2200
Fax: (310) 242-2222
Email: Kaminkid@cmtlaw.com

All counsel electronically registered.